1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone: (559) 498-7316
5
   Attorneys for Defendant
6

7
            IN THE UNITED STATES DISTRICT COURT FOR THE
8
                  EASTERN DISTRICT OF CALIFORNIA
9
   RAMON BRISENO,                    )    1:04-cv-06292 REC SMS
10                                   )
              Plaintiff,             )    STIPULATION AND ORDER
11                                   )    TO EXTEND TIME
                                     )
12         v.                        )
                                     )
13 JO ANNE B. BARNHART,              )
   Commissioner of Social            )
14 Security,                         )
                                     )
15            Defendant.             )
   _____)
16

17      The parties, through their respective counsel, stipulate

18 that defendant's time to respond to plaintiff's opening brief be

19 extended June 28, 2005 to August 2, 2005.

20      This is defendant's first request for an extension of time

21 to respond to plaintiff's opening brief.

22      On July 5, 2005, it was brought to defendant's attention

23 that defendant's responsive brief was overdue.  After reviewing

24 the file and the Court's docket, defendant discovered that

25 although plaintiff e-filed his opening brief on May 26, 2005,

26 defendant did not receive notice of the filing through the

27

28
                                  1

Court's e-filing system.  Kristi C. Kapetan, Assistant United States Attorney, first appeared for defendant on January 26, 2005, when defendant e-filed the notice of lodging the administrative record.  However, for some reason unknown to the parties, the Court's system did not add Kristi C. Kapetan as counsel for defendant at that time, even though Kristi C. Kapetan's name appeared after the docket entry.  (This situation has also occurred in a few other cases.)  After a call to the Clerks Office, Kristi C. Kapetan's name has now been added as counsel for defendant.

   Based on the above, defendant requests the additional time to further review the file and prepare a response in this matter.

                                   Respectfully submitted,

Dated: July 6, 2005

                                   /s/ Gina M. Fazio
                                   (as authorized by facsimile)
                                   GINA M. FAZIO
                                   Attorney for Plaintiff

Dated: July 7, 2005                McGREGOR W. SCOTT
                                   United States Attorney


                                   /s/ Kristi C. Kapetan
                                   KRISTI C. KAPETAN
                                   Assistant U.S. Attorney

IT IS SO ORDERED:


Dated: 7/7/2005

                                    /s/ Sandra M. Snyder
                                   THE HONORABLE SANDRA M. SNYDER
                                   United States Magistrate Judge

2