UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON BRISENO, | 1:04-cv-06292-REC-SMS |
| Plaintiff, | |
| vs. | **ORDER DIRECTING PLAINTIFF TO REFILE OPENING BRIEF USING CORRECT EVENT** (Docs. 12, 13) |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendants. | |

Plaintiff is proceeding with counsel and in forma pauperis in an action in which he seeks judicial review of a final decision of the Commissioner of Social Security denying his application for benefits.

On May 26, 2005 (Doc. 12), plaintiff filed his Opening Brief, which was erroneously filed using the event "Notice of Appeal." On June 3, 2005 (Doc. 13), a Clerk's Notice of Docket Correction was entered and, at that time, also directed plaintiff to refile using the correct event of "Appellant's Brief." To date, plaintiff has not complied with or otherwise responded to the court's direction.

1

1    Therefore, within **seven (7) days** from the date of service of
2 this Order, plaintiff is ORDERED to correctly refile his Opening
3 Brief as directed on June 3, 2005.  Plaintiff is forewarned that
4 his failure to comply with this Order will result in an Order to
5 Show Cause requiring plaintiff's counsel's personal appearance.

7 IT IS SO ORDERED.

8 **Dated:   July 12, 2005**                    **/s/ Sandra M. Snyder**
  icido3                                     UNITED STATES MAGISTRATE JUDGE