UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
RAMON BRISENO,                  )  1:04-CV-6292-OWW-SMS
                                )
           Plaintiff,           )  ORDER ADOPTING FINDINGS AND
    v.                          )  RECOMMENDATIONS ON SOCIAL
                                )  SECURITY COMPLAINT (DOCS. 1, 21)
JO ANNE B. BARNHART,            )
Commissioner of Social          )  ORDER DIRECTING CLERK TO ENTER
Security,                       )  JUDGMENT FOR DEFENDANT JO ANNE B.
                                )  BARNHART AND AGAINST PLAINTIFF
           Defendant.           )  RAMON BRISENO
                                )
_____)
```

Plaintiff is proceeding with counsel and is seeking judicial review of a final decision of the Commissioner of Social Security (Commissioner) denying an application for benefits. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b) and Local Rule 72-302(c)(15). The matter is currently before the Court on the parties' briefs, which have been submitted without oral argument.

On November 13, 2006, the Magistrate Judge filed findings and a recommendation that the Plaintiff's social security complaint be denied and that the Clerk be directed to enter judgment for Defendant Jo Anne B./ Barnhart and against Plaintiff Ramon Briseno. The findings and recommendation were served on all

1

parties on November 13, 2006, and contained notice that any objections to the findings and recommendations were to be filed within thirty (30) days of the date of service of the order. No party filed any objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Britt v. Simi Valley United School Dist., 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendation are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendation filed November 13, 2006, are ADOPTED IN FULL; and

2. The Plaintiff's social security complaint IS DENIED; and

3. The Clerk of Court IS DIRECTED to enter judgment for Defendant Jo Anne B. Barnhart and against Plaintiff Ramon Briseno. IT IS SO ORDERED.

**Dated:   January 9, 2007**              /s/ Oliver W. Wanger
emm0d6                                    UNITED STATES DISTRICT JUDGE